EUGENE KEET, Respondent, v. HOWARD MURRIN, Appellant.— Judgment and order affirmed, with costs. All concur, except McNamee, J., who dissents and votes for reversal and a new trial on the ground that the admission of the evidence that the defendant " settled " with a witness, who had a corresponding claim against the defendant, was erroneous and prejudicial.

In the Matter of the Claim of CORA T. HAIGHT, Respondent, against BESSIE WOLF, Doing Business as THE RUG STORE, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of DAVID E. WOLF, Respondent, against CONCORD SHOE Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of HONORIA BLAKE, Respondent, against LORD & TAYLOR and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of WM. D. DOUGLASS, Respondent, against H. H. FRANKLIN MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOHN KAMINSKI, Respondent, against F. N. CLEMENT COMPANY and Another, Respondents. THE KOPPERS CONSTRUCTION COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the respondents employer and insurance carrier against the appellant employer and self-insurer.

In the Matter of the Claim of FERDINAND NOVOTNY, Respondent, against KAY SCHERER CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the accident did not arise out of and in the course of the employment, in that the claimant was a plant worker and was injured in the public street. All concur.

In the Matter of the Claim of JULIA NAGY, Respondent, against CHARLES P. GALARDI, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MARIA JOSE CRUZ, Respondent, against COPP BROS. REALTY Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of WILLIAM DIXON, Respondent, against PEQUOT MANUFACTURING CORPORATION, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award for double indemnity unanimously affirmed, with costs to the State Industrial Board. [See 229 App. Div. 35.]